IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

DAVID CHIMERA, et al.         )
        Plaintiffs,   )
v.                            ) No. CIV-09-498-FHS
                              )
RON LOCKHART, et al.          )
        Defendants.   )

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

Dated this 10th day of June, 2010.

                                                  Frank H. Seay
                                                United States District Judge
                                                Eastern District of Oklahoma